UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL HILL GROUP,<br><br>               Plaintiff,<br><br>v.<br><br>PILLSBURY WINTHROP SHAW PITTMAN, LLP,<br>SHAW PITTMAN, LLP,<br>PAUL A. TUMMONDS, JR., AND<br>PATRICK J. POTTER,<br>               Defendants. | Case: 1:07-cv-01936<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 10/26/2007<br>Description: General Civil |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for the above-named defendants (the "**Defendants**"), certify to the best of my knowledge and belief, that no parent companies, subsidiaries or affiliates of Defendants have outstanding securities in the hands of the public. This representation is made in order that judges of this court may determine the need for recusal.

Dated: October 26, 2007

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN, LLP

By: _____
Jack McKay (No. 159335)
2300 N Street, N.W.
Washington, D.C. 20037-1128
Tel: (202) 663-8000
Fax: (202) 663-8007