UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
**CAPITOL HILL GROUP,**                    )
)
              **Plaintiff,**    )
)  Civil No. 07-1936 (RCL)
    v.                                     )
)
**PILLSBURY WINTHROP SHAW PITTMAN, LLP,**  )
**SHAW PITTMAN, LLP,**                     )
**PAUL A. TUMMONDS, JR., AND**             )
**PATRICK J. POTTER,**                     )
              **Defendants.**   )
_____)

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

      Pursuant to Fed. R. Civ. P., 12(b)(6), 56 and LCvR 7, Defendants Pillsbury Winthrop Shaw Pittman, LLP, Shaw Pittman, LLP, Paul A. Tummonds, Jr., and Patrick J. Potter, through their undersigned counsel, respectfully submit this Motion for Summary Judgment.

      1.     The grounds for the Motion, set forth in Defendants' Memorandum of Points and Authorities, are that Plaintiff's claims are barred by the doctrine of *res judicata* and the applicable statute of limitations. In addition, claims of Plaintiff based on actions and/or omissions after January 7, 2004, the date the bankruptcy court terminated the engagement between Shaw Pittman and Plaintiff, must be dismissed either because Defendants owed no duty to Plaintiff or, assuming *arguendo* they did, the duty was fulfilled by the February 11, 2004 letter sent to Plaintiff by defendant Tummonds.

      2.     Defendants' Statement of Undisputed Material Facts in Support of this Motion is filed contemporaneously with this Motion.

      WHEREFORE, for the foregoing reasons, for the reasons set forth in the Memorandum and for such other reasons as the Court deems appropriate, Defendants request that the Court enter

1

judgment, in the form submitted herewith dismissing with prejudice all three counts of the Complaint.

Dated:  October 29, 2007                    Respectfully submitted,

                                                PILLSBURY WINTHROP SHAW PITTMAN, LLP

                                                By:   /s/ Jack McKay_____
                                                        Jack McKay (No. 159335)
                                                        2300 N Street, N.W.
                                                        Washington, D.C. 20037-1128
                                                        Tel:  (202) 663-8000
                                                        Fax:  (202) 663-8007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL HILL GROUP,**           )<br>                                                       )<br>                    **Plaintiff,**              )<br>                                                       )<br>          v.                                          )<br>                                                       )<br>**PILLSBURY WINTHROP SHAW PITTMAN, LLP,** )<br>**SHAW PITTMAN, LLP,**          )<br>**PAUL A. TUMMONDS, JR., AND** )<br>**PATRICK J. POTTER,**            )<br>                    **Defendants.**         )<br>                                                       ) | Civil No. 07-1936 (RCL) |

## [PROPOSED] JUDGMENT AND ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter came before the Court pursuant to Fed. R. Civ. P. 12(b)(6), 56 and LCvR 7 on Defendants' Pillsbury Winthrop Shaw Pittman, LLP, Shaw Pittman, LLP, Paul A. Tummonds, Jr., and Patrick J. Potter Motion for Summary Judgment and Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment. Having considered the Motion and Memorandum (and the materials submitted therewith) and all opposition and other pleadings submitted in connection with this matter, the Court hereby determines that all three counts of the Complaint should be dismissed based upon *res judicata* and for the additional reasons set forth in Defendants' Memorandum. Accordingly, IT SHALL BE AND HEREBY IS

ORDERED, that the Motion is granted and the Complaint is dismissed in full with prejudice.

Dated: _____           _____
                                                          United States District Court Judge