UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**CAPITOL HILL GROUP,**                     )
                                            )
        **Plaintiff,**              )
                                            )  Civil No. 07-1936 (RCL)
  **v.**                                   )
                                            )
**PILLSBURY WINTHROP SHAW PITTMAN, LLP,**   )
**SHAW PITTMAN, LLP,**                      )
**PAUL A. TUMMONDS, JR., AND**              )
**PATRICK J. POTTER,**                      )
        **Defendants.**             )
_____)

## CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2007, I caused the following documents, filed by Defendants in the above-captioned proceeding, to be served by first class mail, postage prepaid on Emil Hirsch/Tamir Dmari, O'Connor & Hannan, L.L.P., 1666 K Street, N.W., Suite 500, Washington, D.C. 20006-2803:

    1.    Civil Cover Sheet;
    2.    Notice of Designation;
    3.    Notice of Removal; and
    4.    Certificate Under LCvR 7.1.

    I also hereby certify that on October 29, 2007, I caused the following documents, filed by Defendants in the above-captioned proceeding, to be served by hand on Emil Hirsch/Tamir Dmari, O'Connor & Hannan, L.L.P., 1666 K Street, N.W., Suite 500, Washington, D.C. 20006-2803:

    1.    Motion for Summary Judgment and Proposed Order;
    2.    Statement of Undisputed Material Facts;
    3.    Memorandum in Support of Summary Judgment Motion (with exhbit);
    4.    Affidavits of Defendants Tummonds and Potter (with exhibits).

Dated: October 29, 2007            /s/ Jack McKay_____
                                              Jack McKay (No. 159335)
                                              Pillsbury Winthrop Shaw Pittman LLP
                                              2300 N Street, N.W.
                                              Washington, D.C. 20037-1128
                                              Tel: (202) 663-8000
                                              Fax: (202) 663-8000