**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAPITOL HILL GROUP,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil No. 07-1936 (RCL) |
| **PILLSBURY WINTHROP SHAW PITTMAN, LLP, et al.** | ) |
| **Defendants.** | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Emil Hirsch as counsel for Plaintiff in the above-captioned case.

Dated: November 5, 2007

                                    Respectfully submitted,

                             By:    /s/ Emil Hirsch
                                  Emil Hirsch
                                  (D.C. Bar No. 930478)
                                  O'CONNOR & HANNAN, L.L.P.
                                  1666 K Street, N.W., Suite 500
                                  Washington, D.C.  20006-2803
                                  Email:ehirsch@oconnorhannan.com
                                  Phone:  (202) 887-1400
                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the 5th day of November, 2007, via this Court's Notice of Electronic Filing, upon:

Jack McKay, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037

                                                     /s/ Emil Hirsch
                                                    Emil Hirsch