IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL HILL GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 07-1936 (RCL) |
| ) | |
| PILLSBURY WINTHROP ) | |
| SHAW PITTMAN, LLP, et al. ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR THE ADMISSION PRO HAC VICE OF TAMIR DAMARI

Plaintiff Capitol Hill Group ("CHG"), by and through Emil Hirsch, its undersigned counsel, hereby files this Motion for the Admission Pro Hac Vice of Tamir Damari, and states as follows:

Pursuant to the instant Motion, CHG respectfully requests that Mr. Damari, a member of the District of Columbia Bar, be admitted pro hac vice in this matter. In support thereof, CHG submits the Affidavit of Mr. Damari, attached hereto as Exhibit 1.

Dated: November 19, 2007

Respectfully submitted,

By: _____/s/ Emil Hirsch_____
Emil Hirsch
(D.C. Bar No. 930478)
O'CONNOR & HANNAN, L.L.P.
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
Email:ehirsch@oconnorhannan.com
Phone: (202) 887-1400
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the 19th day of November, 2007, via this Court's Notice of Electronic Filing, upon:

Jack McKay, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037

                                              /s/ Emil Hirsch
                                              Emil Hirsch

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL HILL GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 07-1936 (RCL) |
| | ) |
| PILLSBURY WINTHROP | ) |
| SHAW PITTMAN, LLP, et al. | ) |
| | ) |
| Defendants. | ) |

### ORDER

**UPON CONSIDERATION** of Capitol Hill Group's Motion for Admission <u>Pro Hac Vice</u> of Tamir Damari, and Points and Authorities in support thereof, it is, this _____ day of _____, 2007; hereby

**ORDERED**, that such Motion is **GRANTED**; and further

**ORDERED**, that the appearance of Tamir Damari, <u>pro hac vice</u>, is hereby entered in this case.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL HILL GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 07-1936 (RCL) |
| ) | |
| PILLSBURY WINTHROP ) | |
| SHAW PITTMAN, LLP, et al. ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF TAMIR DAMARI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, TAMIR DAMARI, hereby state that:

1. I have personal knowledge of the facts set forth in this Affidavit and I am competent to testify thereto.

2. I am an attorney, in good standing, admitted to the Bars of Maryland, the District of Columbia, the United States Courts of Appeals for the Third and Federal Circuits and the United States District Courts for Colorado and the Northern District of Ohio.

3. My office address is c/o O'Connor & Hannan, LLP, 1666 K Street NW, Suite 500, Washington, D.C., 20006.

4. I have never been disciplined by any Bar before which I have practiced.

5. I have been admitted pro hac vice to the Bar of this Court twice during the past two years.

I hereby certify, under penalties of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 19, 2007

_____
TAMIR DAMARI

3