UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CAPITOL HILL GROUP** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1936 (RCL) |
| **PILLSBURY WINTHROP SHAW PITTMAN, LLP, et al.** | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of the Motion [13] for Permission to Appear *pro hac vice* brought by Emil Hirsch, a member of the Bar of this Court, seeking an Order to permit Tamir Damari to appear in this matter, it is hereby

ORDERED, that the Motion for Permission to Appear *pro hac vice* is GRANTED, and it is further

ORDERED, that Tamir Damari is hereby permitted to appear in this matter *pro hac vice*.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 21, 2007.