IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL HILL GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil No. 07-1936 (RCL) |
| ) | |
| **PILLSBURY WINTHROP** ) | |
| **SHAW PITTMAN, LLP, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND PURSUANT TO 28 U.S.C. § 1447(c) and 1452(b) OR IN THE ALTERNATIVE ABSTENTION PURSUANT TO 1334 (c)**

Plaintiff Capitol Hill Group ("CHG"), by and through its undersigned counsel, hereby files this Consent Motion for an Extension of Time Within Which to File a Reply to Defendants' Opposition to Plaintiff's Motion for Remand Pursuant to 28 U.S.C. § 1447(c) and 1452(b) or in the alternative, Abstention Pursuant To 1334(c) (the "Motion"), and states as follows:

1. Presently, CHG's Reply in connection with the Motion is due on November 28, 2007.

2. By virtue of the instant Motion, CHG respectfully requests an extension of time, up until and including November 30, 2007, within which to file its Reply. As grounds therefor, CHG notes that its counsel have been preoccupied by other time-sensitive matters, and additionally, the intervening Thanksgiving holiday has effectively shortened the time within which CHG's counsel could prepare its Reply Brief.

3. Defendants have consented to this Motion.

Dated: November 28, 2007

Respectfully submitted,

By: _____/s/\_ Emil Hirsch_____
Emil Hirsch (D.C. Bar No. 930478)
Tamir Damari (D.C. Bar No. 455744)
O'CONNOR & HANNAN, L.L.P.
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
Email: ehirsch@oconnorhannan.com
tdamari@oconnorhannan.com
Phone: (202) 887-1400
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on the 28th day of November, 2007, via this Court's Notice of Electronic Filing, upon:

Jack McKay, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037

_____/s/\_ Emil Hirsch_____

151817_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL HILL GROUP,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil No. 07-1936 (RCL) |
| **PILLSBURY WINTHROP SHAW PITTMAN, LLP, et al.** | ) |
| **Defendants.** | ) |

### ORDER

**UPON CONSIDERATION** of Plaintiff's Consent Motion for an Extension of Time Within Which to File a Reply to Defendants' Opposition to Plaintiff's Motion for Remand Pursuant to 28 U.S.C. § 1447(c) and 1452(b) or in the Alternative Abstention Pursuant To 1334(c), it is, this _____ day of _____2007; hereby

**ORDERED**, that such Motion is **GRANTED**; and further

**ORDERED**, that Plaintiff shall file its Reply on or before November 30, 2007.

_____
JUDGE

151820_1.DOC