IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL HILL GROUP,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil No. 07-1936 (RCL) |
| **PILLSBURY WINTHROP SHAW PITTMAN, LLP, et al.** | ) |
| **Defendants.** | ) |

### ORDER

**UPON CONSIDERATION** of Plaintiff's Consent Motion for an Extension of Time Within Which to File a Reply to Defendants' Opposition to Plaintiff's Motion for Remand Pursuant to 28 U.S.C. § 1447(c) and 1452(b) or in the Alternative Abstention Pursuant To 1334(c), it is, this 4th day of December 2007; hereby

**ORDERED**, that such Motion is **GRANTED,** *nunc pro tunc*; and further

**ORDERED**, that Plaintiff shall file its Reply on or before November 30, 2007.

_____/s/_____
JUDGE ROYCE C. LAMBERTH

151820_1.DOC