IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL HILL GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 07-1936 (RCL) |
| | ) |
| **PILLSBURY WINTHROP** | ) |
| **SHAW PITTMAN, LLP, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

**UPON CONSIDERATION**, of Plaintiff's Motion to Defer Ruling on Defendants' Motion for Summary Judgment Pending the Disposition of Plaintiff's Motion to Remand Pursuant to 28 U.S.C. 1447(c) and § 1452(b), or in the Alternative Abstention Pursuant to § 1334(c), Points and Authorities in support thereof and any Opposition Thereto, it is this 5th day of December, 2007; hereby

**ORDERED**, that such Motion is **GRANTED**; and further

**ORDERED**, that Plaintiff shall not be required to respond to Defendants' Motion for Summary Judgment until fifteen (15) days from the date this Court denies Plaintiff's Remand Motion, in the event said Remand Motion is ultimately denied by order of this Court.

_____/s/_____
United States District Judge Royce C. Lamberth