UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL HILL GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1936 (RCL) |
| PILLSBURY WINTHROP SHAW PITTMAN, LLP, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon full consideration of plaintiff's Motion for Remand Pursuant to 28 U.S.C. § 1447(c) and § 1452(b), or in the Alternative, Abstention Pursuant to 28 U.S.C. § 1334(c) [12], the entire record herein, and the applicable law, it is hereby

ORDERED that plaintiff's motion is DENIED.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on July 2, 2008.