IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL HILL GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil No. 07-1936 (RCL) |
| ) | |
| **PILLSBURY WINTHROP** ) | |
| **SHAW PITTMAN, LLP, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Capitol Hill Group ("CHG"), by and through its undersigned counsel, hereby files this Consent Motion for an Extension of Time Within Which to Respond to Defendants' Motion for Summary Judgment and, in support thereof, states as follows:

1. On October 29, 2007, Defendants filed a Motion for Summary Judgment (the "Summary Judgment Motion") in this case.

2. On November 9, 2007, CHG filed a Motion to Remand this case pursuant to 28 U.S.C. § 1447(c) and § 1452(b), or in the Alternative Abstention Pursuant to § 1334(c) (the "Remand Motion"), as well as a Motion (the "Stay Motion") requesting that this Court stay proceedings on the Summary Judgment Motion pending the disposition of the Remand Motion.

3. On December 5, 2007, this Court granted the Stay Motion <u>via</u> an Order stating that in the event the Remand Motion were denied, CHG would have 15 days from the date of such denial within which to file an Opposition to the Summary Judgment Motion.

4. On July 2, 2008, this Court denied the Remand Motion. Accordingly, pursuant to this Court's Order of December 5, 2007, CHG's response to the Summary Judgment Motion is presently due on July 17, 2008.

1

5. By virtue of the instant Motion, CHG respectfully requests an extension of time up until and including July 25, 2008, within which to respond to the Summary Judgment Motion. As grounds therefor, CHG notes that the Summary Judgment Motion and its attachments are lengthy and factually intensive, even by the ordinary standards of dispositive motions. For example, the Memorandum, Statement of Undisputed Facts and supporting Affidavits alone comprise over 50 pages, and reference over 60 exhibits comprising several hundred additional pages. Accordingly, CHG requires additional time within which to prepare a thorough and comprehensive response to the myriad issues raised in the Summary Judgment Motion. Moreover, while CHG and its counsel have begun working on a response to the Summary Judgment Motion, soon after their receipt of this Court's July 2 Order denying the Remand Motion, they have also been forced to address certain other time-sensitive matters unrelated to this case between July 2 and the present.

6. The combination of the aforesaid factors, including the length of Defendants' Summary Judgment Motion and the press of other deadlines encountered by Plaintiff's counsel, constitute good cause to grant the instant Motion.

7. Finally, neither this Court nor Defendants will be prejudiced in any material respect if the instant Motion were to be granted, among other things because this Court has yet to enter a Scheduling Order in this matter.

8. Defendants have graciously consented to the instant Motion.

9. Accordingly, CHG respectfully requests that the instant Motion be granted, to permit CHG to respond to the Summary Judgment Motion on or before July 25, 2008.

Dated: July 10, 2008

Respectfully submitted,

By: ___/s/ Emil Hirsch___
Emil Hirsch (D.C. Bar No. 930478)
Tamir Damari (D.C. Bar No. 455744)
Nossaman, L.L.P. O'Connor & Hannan
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
Email:ehirsch@nossaman.com
tdamari@nossaman.com
Phone: (202) 887-1400
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on the 10th day of July, 2008, via this Court's Notice of Electronic Filing, upon:

Jack McKay, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037

___/s/ Emil Hirsch___
Emil Hirsch

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL HILL GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil No. 07-1936 (RCL) |
| ) | |
| **PILLSBURY WINTHROP** ) | |
| **SHAW PITTMAN, LLP, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

**UPON CONSIDERATION**, of Plaintiff's Consent Motion for an Extension of Time Within Which to Respond to Defendants' Motion for Summary Judgment, it is, this _____ day of _____, 2008; hereby

**ORDERED**, that such Motion is **GRANTED**; and further

**ORDERED**, that Plaintiff shall respond to Defendants' Motion for Summary Judgment on or before July 25, 2008.

_____
UNITED STATES DISTRICT JUDGE

4