UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPITOL HILL GROUP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP, )<br>SHAW PITTMAN, LLP, )<br>PAUL A. TUMMONDS, JR., AND )<br>PATRICK J. POTTER, )<br>Defendants. )<br>) | Civil No. 07-1936 (RCL) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendants respectfully request that the Court extend the time for Defendants to file a reply to CHG's opposition to Defendants' Motion for Summary Judgment through August 25, 2008. Additional time is requested because Plaintiff's brief is approximately 50 pages long with almost 300 pages of exhibits. CHG has consented to this request.

Dated: July 29, 2008

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN, LLP

By:   /s/ Jack McKay_____
Jack McKay (No. 159335)
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
For Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**CAPITOL HILL GROUP,**                     )
                                            )
        **Plaintiff,**         )
                                            )   **Civil No. 07-1936 (RCL)**
**v.**                                      )
                                            )
**PILLSBURY WINTHROP SHAW PITTMAN, LLP,**   )
**SHAW PITTMAN, LLP,**                      )
**PAUL A. TUMMONDS, JR., AND**              )
**PATRICK J. POTTER,**                      )
        **Defendants.**        )
_____)

**ORDER ON DEFENDANTS' MOTION FOR**
**<u>EXTENSION OF TIME TO FILE REPLY</u>**

    Defendants shall file their reply to CHG's July 25th opposition to Defendants' motion for summary judgment on or before August 25, 2008. .

_____
CHIEF JUDGE LAMBERTH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**CAPITOL HILL GROUP,**               )
                                      )
        **Plaintiff,**  )
                                      )   **Civil No. 07-1936 (RCL)**
  **v.**                          )
                                      )
**PILLSBURY WINTHROP SHAW PITTMAN, LLP,** )
**SHAW PITTMAN, LLP,**                )
**PAUL A. TUMMONDS, JR., AND**        )
**PATRICK J. POTTER,**                )
        **Defendants.** )
_____)

**ORDER ON DEFENDANTS' MOTION FOR
<u>EXTENSION OF TIME TO FILE REPLY</u>**

    Defendants shall file their reply to CHG's July 25th opposition to Defendants' motion for summary judgment on or before August 25, 2008.

                                                                           _____
                                                                          CHIEF JUDGE LAMBERTH