**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAPITOL HILL GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. 07-1936 (RCL)** |
| ) | |
| **v.** ) | |
| ) | |
| **PILLSBURY WINTHROP,** ) | |
| **SHAW PITTMAN LLP,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ERRATA TO PLAINTIFF'S MOTION
## FOR AN ORDER DIRECTING DISCOVERY TO COMMENCE

Plaintiff Capitol Hill Group ("CHG"), by and through its undersigned counsel, hereby

files this errata to its Motion for an Order Directing Discovery to Commence (the "Motion"), and

states as follows:

The Motion was filed on August 19, 2008, and referenced two attached Exhibits.

Inadvertently, the copy of the Motion filed with this Court excluded these Exhibits.

Accordingly, CHG is filing this errata, and attaches hereto Exhibits 1 and 2 of the Motion.

Respectfully Submitted,

By: _____/s/_____

Emil Hirsch (D.C. Bar No. 930479)
Tamir Damari (D.C. Bar No. 455744)
NOSSAMAN L.L.P. O'CONNOR &
HANNAN
1666 K Street, N.W., Suite 500
Washington, D.C. 20006
Email: ehirsch@nossaman.com
tdamari@nossaman.com
(202) 887-1400

Dated: August 26, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served on the 26th day

of August, 2008, via this Court's Notice of Electronic Filing, upon:

Jack McKay, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037

_____/s/_____
Emil Hirsch

156411-1

# **EXHIBIT  1**

## Moore, Carolina R.

| | |
|---|---|
| **From:** | Moore, Carolina R. |
| **Sent:** | Tuesday, August 05, 2008 3:01 PM |
| **To:** | 'jack.mckay@pillsburylaw.com' |
| **Cc:** | Hirsch, Emil |
| **Subject:** | Re: Capitol Hill Group |

**Tracking:**

| Recipient | Read |
|---|---|
| 'jack.mckay@pillsburylaw.com' | |
| Hirsch, Emil | Read: 8/5/2008 3:07 PM |

<u>Sent on Behalf of Emil Hirsch</u>

Jack:

Have you had a chance to think or to confer with others, if necessary, about a discovery plan so that we can begin discovery before the disposition of the pending motion which you have filed with the Court? Please let me know today or tomorrow what your position is.  If we cannot agree then we will simply file the appropriate motion indicating that we have conferred and that you object to starting a discovery before the pending motion is ruled upon.  Thank you for your forthcoming cooperation.

Regards,

Emil

**Carolina R. Moore**
Legal Secretary
NOSSAMAN LLP/O'CONNOR & HANNAN
1666 K Street, NW, Suite 500
Washington, DC 20006
cmoore@nossaman.com
T 202.887.1400   F 202.466.3215
D 202.778/2101

    SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

8/21/2008

# **EXHIBIT  2**

**Moore, Carolina R.**

| | |
|---|---|
| **From:** | McKay, Jack [jack.mckay@pillsburylaw.com] |
| **Sent:** | Tuesday, August 05, 2008 3:15 PM |
| **To:** | Moore, Carolina R. |
| **Cc:** | Hirsch, Emil |
| **Subject:** | RE: Capitol Hill Group |

Emil--I am very sorry for not writing sooner.  Given the amount of access your client has had to our files in the bankruptcy case,the fact that Mr. Potter has been deposed already on issues of our representation, and our belief that  the res judicata argument is very strong given the continuing number of decisions favorable to our position, we cannot agree to commence discovery at this point.

**Jack McKay**
**Pillsbury Winthrop Shaw Pittman LLP**

**Tel:**   202.663.8439   |   **Fax:**  202.663.8007
2300 N Street, N.W., Washington, D.C. 20037-1122
**Email:**  jack.mckay@pillsburylaw.com
**www.pillsburylaw.com**

---

**From:** Moore, Carolina R. [mailto:CMoore@Nossaman.com]
**Sent:** Tuesday, August 05, 2008 3:01 PM
**To:** McKay, Jack
**Cc:** Hirsch, Emil
**Subject:** Re: Capitol Hill Group

Sent on Behalf of Emil Hirsch

Jack:

Have you had a chance to think or to confer with others, if necessary, about a discovery plan so that we can begin discovery before the disposition of the pending motion which you have filed with the Court? Please let me know today or tomorrow what your position is.  If we cannot agree then we will simply file the appropriate motion indicating that we have conferred and that you object to starting a discovery before the pending motion is ruled upon.  Thank you for your forthcoming cooperation.

Regards,

Emil

**Carolina R. Moore**
Legal Secretary
NOSSAMAN LLP/O'CONNOR & HANNAN
1666 K Street, NW, Suite 500

8/21/2008

Washington, DC 20006
cmoore@nossaman.com
T 202.887.1400   F 202.466.3215
D 202.778/2101



PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

_____

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

=========================================================

8/21/2008