UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CAPITOL HILL GROUP** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1936 (RCL) |
| **PILLSBURY WINTHROP SHAW PITTMAN, LLP, et al.** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

Upon full consideration of defendant's motion [4] for summary judgment, the opposition brief, reply, the entire record herein, and applicable law, it is hereby

ORDERED that the motion is GRANTED, and summary judgment is entered in favor of defendant; it is further hereby

ORDERED that plaintiff's motion [36] for an order directing discovery to commence is DENIED as moot; it is further hereby

ORDERED that defendant's motion to stay discovery [39] is DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 5, 2008.