UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL HILL GROUP,<br><br>              Plaintiff,<br><br>v.<br><br>PILLSBURY WINTHROP SHAW PITTMAN, LLP,<br>SHAW PITTMAN, LLP,<br>PAUL A. TUMMONDS, JR., AND<br>PATRICK J. POTTER,<br>              Defendants. | Civil No. 07-1936 (RCL) |

## ANSWER AND COUNTERCLAIM

Defendants, through their undersigned counsel, respectfully submit this Answer.

### Answer

On September 5, 2008, the Court granted summary judgment in favor of Defendants. See Documents 43 and 44. No additional response to the Complaint is required.

### Counterclaim

Defendant Pillsbury Winthrop Shaw Pittman, LLP (as successor, by merger, to Shaw Pittman) ("Pillsbury") respectfully submits this Counterclaim against CHG.

1. From approximately February 21, 2002 until approximately January 7, 2004, Shaw Pittman provided legal services to CHG pursuant to an engagement (the "Engagement") approved by the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court") in the chapter 11 bankruptcy case of In re Capitol Hill Group, Case Number 02-359.

2. The terms of the Engagement were governed by, inter alia, Shaw Pittman's employment application and 11 U.S.C. §§ 327, 330, and 1129.

3. Pursuant to 11 U.S.C. § 1129, Shaw Pittman was entitled to be paid in full for services then-rendered under the Engagement on December 15, 2003.

1

4. However, Shaw Pittman agreed that CHG could pay a portion of Shaw Pittman's fees on December 15, 2003, and the remainder by a later date. In exchange, CHG agreed it would not object to Shaw Pittman's fees and that if CHG did raise objections it would pay Shaw Pittman's fees and expenses incurred for defending such objections (the "No Objection Term").

5. The existence of the No Objection Term was litigated and determined by the Bankruptcy Court and the United States District Court for the District of Columbia in <u>Capitol Hill Group v. Shaw Pittman LLP</u>, 313 B.R. 344 (D.D.C. 2004).

6. In violation of the No Objection Term, CHG filed pleadings alleging various fiduciary-duty and malpractice breaches by Shaw Pittman arising from the services rendered by Shaw Pittman to CHG during the Engagement (CHG's "Prior Malpractice Allegations"). Those allegations were rejected by the Bankruptcy Court and the District Court.

7. Pursuant to the No Objection Term, the Bankruptcy Court entered judgments against CHG awarding Shaw Pittman all of its legal fees and expenses incurred in connection with litigating CHG's Prior Malpractice Allegations, two of which judgments CHG appealed. This Court affirmed the first judgment, and CHG withdrew its appeal of the second.

8. On September 7, 2007, CHG filed the Complaint in the instant case alleging additional fiduciary-duty breaches and malpractice by Shaw Pittman arising from the same above-referenced services rendered by Shaw Pittman to CHG during the Engagement (CHG's "Current Malpractice Allegations").

## **Count 1 – Breach of Contract**

9. Paragraphs 1 through 8 of the Counterclaim are incorporated by reference as if fully set forth herein.

10. Pursuant to the Engagement's No Objection Term, CHG is contractually prohibited from suing Shaw Pittman (and thus Pillsbury) on any services rendered pursuant to the Engagement.

11. By bringing the Current Malpractice Allegations against Shaw Pittman (and Pillsbury), CHG has breached and continues to breach the Engagement's No Objection Term.

12. Pillsbury has suffered damages, and continues to suffer damages as a direct and proximate result of CHG's breach of the Engagement's No Objection Term.

### Request for Relief

Pillsbury hereby demands judgment against CHG for breach-of-contract damages equal to the legal fees and expenses that have been and will be incurred defending the Complaint and prosecuting this Counterclaim, in amounts to be determined by the Court, plus post-judgment interest as permitted by law, together with such other relief as the Court deems appropriate.

Dated: September 5, 2008            Respectfully submitted,

                                    PILLSBURY WINTHROP SHAW PITTMAN, LLP

                                    By:    /s/ Jack McKay_____
                                           Jack McKay (No. 159335)
                                           2300 N Street, N.W.
                                           Washington, D.C. 20037-1128
                                           (202) 663-8000